IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL CASE NO. 3:09-CV-295-GCM-DCK

| | |
|---|---|
| COFFEY CREEK ASSOCIATES LIMITED PARTNERSHIP, a South Carolina limited partnership, <br><br> Plaintiff, <br> v. <br><br> GUARDIAN PROTECTION SERVICES, INC.; GUARDIAN PROTECTION SERVICES - TEXAS, LLC; HARVEY W. BERRY; and RONALD L. BOWDEN, Trustee of the Donald Oliver Voting Trust, <br><br> Defendants. | ORDER |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* for scheduling purposes. The Court was informed by telephone call to the undersigned's chambers on October 1, 2010 that the parties have reached an agreement to settle this case. Both counsel and the parties are commended for their efforts to resolve this matter short of trial.

**IT IS THEREFORE ORDERED** that the parties shall file all documents necessary to effectuate the settlement of this case on or before **November 1, 2010**.

Signed: October 4, 2010

David C. Keesler
United States Magistrate Judge