IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL CASE NO. 3:09-CV-295-GCM-DCK

| | |
|---|---|
| COFFEY CREEK ASSOCIATES LIMITED PARTNERSHIP, a South Carolina limited partnership,<br><br>          Plaintiff,<br>v.<br><br>GUARDIAN PROTECTION SERVICES, INC.; GUARDIAN PROTECTION SERVICES - TEXAS, LLC; HARVEY W. BERRY; and RONALD L. BOWDEN, Trustee of the Donald Oliver Voting Trust,<br><br>          Defendants. | ORDER |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* for scheduling purposes. The Court was informed by telephone call to the undersigned's chambers on October 29, 2010 that the parties need additional time to get settlement documents finalized.

**IT IS THEREFORE ORDERED** that the parties shall file all documents necessary to effectuate the settlement of this case on or before **November 12, 2010**.

Signed: October 29, 2010

David C. Keesler
United States Magistrate Judge